**LOCAL FORM 1007.1**
# United States Bankruptcy Court
## Eastern District of Tennessee

In re  Randy Garcia
     Sharon Garcia
                                    Debtor(s)

Case No. 3:15-bk-32085- *SHB*
Chapter 7

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ☐ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ☒ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ☒ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |

/s/ Randy Garcia                              /s/ Sharon Garcia
**[SIGNATURE OF DEBTOR]**                     **[SIGNATURE OF JOINT DEBTOR]**

Date: July 6, 2015                            Date: July 6, 2015

---

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# TRW OOZX

**Pay Date: 06/26/2015 - Regular**

TRW Fuji
12025 Tech Center Drive
Livonia, MI 48150

Sharon Garcia
1055 Woullard Way
Sevierville, TN 37876

| | | | |
|---|---|---|---|
| User ID | ***-**-**** | Pay Advice # | 6199628 |
| Employee ID | ****** | Period Begin Date | 06/15/2015 |
| Department | A83629200 | Period End Date | 06/28/2015 |
| Base Pay Rate | $3,129.2500 | Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 1 | |
| Primary State | TN | | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Bonus - Miscellaneous | | | 0.00 | 1,432.00 |
| Holiday | | | 0.00 | 1,280.03 |
| Personal | | | 0.00 | 220.00 |
| Regular | 18.0534 | 74.25 | 1,340.46 | 16,225.53 |
| Vacation | 18.0534 | 5.75 | 103.81 | 970.37 |
| **Total Earnings:** | | | **$1,444.27** | **$20,127.93** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| Fidelity 401k - Fuji Valve | 72.21 | 1,006.37 |
| **Total Pre-Tax:** | **$72.21** | **$1,006.37** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | 89.54 | 1,247.93 |
| Federal - FICA Med Hospital Ins / EE | 20.94 | 291.85 |
| Federal - Withholding | 97.64 | 1,601.52 |
| **Total Taxes:** | **$208.12** | **$3,141.30** |

| After-Tax | This Period | YTD |
|---|---|---|
| Empl supp Life Ins | 11.00 | 132.00 |
| **Total After-Tax:** | **$11.00** | **$132.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay:** | **$1,152.94** | **$15,848.26** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Fidlty401k Company Match | 43.33 | 603.86 |
| REGHR | | 902.30 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,444.27 | $20,127.93 |
| Pre-Tax Deductions | $72.21 | $1,006.37 |
| Federal Taxable Wages | $1,372.06 | $19,121.56 |
| Social Security Taxable Wages | $1,444.27 | $20,127.93 |
| Medicare (HI) Taxable Wages | $1,444.27 | $20,127.93 |
| Total Taxes | $208.12 | $3,141.30 |
| After-Tax Deductions | $11.00 | $132.00 |
| Net Pay | $1,152.94 | $15,848.26 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $1,152.94 | <...114511632> | SunTrust Bank |